UNITED STATES BANKRUPTCY COURT NORTHERN

ILLINOIS EASTERN DIVISON

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 0 8 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

IN RE :                                         )

      KALID JAMA ,                           ) Chapter 13

                            ) Case No. 19-35595

      Debtor                                 )Honorable Judge David D. Cleary

                            ) Meeting ID is  1611226457

                            ) Passcode  is Cleary

                            )

## NOTICE OF MOTION

---

**TO :** STARR , BEIGIERT ZINK & ROWELLS

    134 NORTH LASALLE STREET , SUITE 2000

    CHICAGO, IL 60602, (312) 372-3447

**PLEASE TAKE NOTICE**  that on July 19 2021, at 9:00 a.m. ? P.M or as soon as possible thereafter I will than present my Motion to be heard electronically using Zoom for Government before the Honorable Judge  David  D. Cleary or any other Judge sitting in his stead , but no personal appearance at the Courthouse is necessary or permitted **Debtor's Motion for Leave to Reopen Chapter 13 Bankruptcy Case Instanter** . A copy to be served upon you.

## CERTIFICATE  OF SERVICE

---

I, Kalid  Jama, certify that I serve a copy of the  **Notice of Motion** to the foregoing persons in the above-entitled cause by Personal Hand  Delivery  and U.S. Pre-paid Mail at 134 North LaSalle Street , Suite 2000 in Chicago, IL 60602, before 5:00 P.M. on July ___ 2021.

-------------------------------------

Jama Kalid

UNITED STATES BANKRUPTCY COURT NORTHERN

ILLINOIS EASTERN DIVISON

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 0 8 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

IN RE :                                  )

    KALID JAMA ,                        ) Chapter 13

                                      ) Case No. 19-35595

    Debtor                              )Honorable Judge David D. Cleary

                                        ) Meeting  ID is  1611226457

                                        ) Passcode  is Cleary

                                        )

                                        )

**DEBTOR'S MOTION FOR LEAVE TO REOPEN CHAPTER 13  CASE INSTANTER**

---

**NOW COMES**  the Debtor  Kalid  Jama ("Debtor") Pro-se respectfully brings his Motion to Reopen

above-entitled  Chapter 13, case , in support of his Motion states as follows:

1.On December 18th 2019, the Debtor  Kalid Jama filed a voluntary Petition for an Order of Relief under

Chapter 13 of the Bankruptcy Code ("Chapter  13" ) . See hereto a copy of Petition attached as Exhibit A.

2. This Court has jurisdiction over this matter subject  to 28 U.S.C.  1334 . It is a core matter  pursuant to

28 U.S.C. 157  (b) (A)  and ( o) .

3 Ranac, Inc., was named on  the Creditor's list in Debtor's Voluntary Petition  under Chapter 13 of the

Bankruptcy  code. See hereto a copy of the creditor's list attached as Exhibit  B.

4. Under Section 362 of the United States Bankruptcy Code , an automatic stay goes into effect the moment when debtor files for bankruptcy . Section 362 of the bankruptcy Code, the "automatic stay" is one of most important protections and powerful tools the bankruptcy offers.

5. Despite after debtor Chapter 13 petition was filed , after receiving Notice of Bankruptcy filing , and also automatic stay was in full force and effect , Ranac, Inc., thru their attorneys Star, Beigiert, Zink & Rowells on January 3rd 2020, filed a Forcible entry and Detainer Action against the Debtor Kalid Jama in Circuit Court of Cook County, IL case No. 2020 M1-700072. See hereto attached a copy of Complaint being filed on January 3rd 2020 as Exhibit C.

**Violation of Automatic Stay**

6. **The filing of a bankruptcy case operates as a stay against the commencement of judicial proceeding against the debtor that could have been brought before the case was filed. 11 U.S.C. 362 (a) ( 1) . The bankruptcy filing also stays " any act to collect , assess, or recover a claim against the debtor that arose before the commencement of the case ." 11 U.S.C. ( a) ( 6).**

7. Furthermore, Ranac, Inc., thru their attorneys Starr, Beigiert, Zink & Rowells never filed any motion to lift the automatic stay under 362 (d) nor obtain an Order from Judge Cleary granting Ranac, Inc., permission to lift the automatic and to commence of judicial proceeding in the State Court. **That filing said Case ("Eviction") No. 2020 M1-70072 , on January 3rd 2020 ,was done in violation of the automatic stay imposed by 11 U.S.C. 362 and thus , under Duff v. Cent Sleep Diagnostics, LLC , 801 F. 3d. 833, 843 (7th Cir. 2015 ), is Void. Also the case was filed during pendency of the automatic stay , even if in ignorance of the stay is void.**

8. Furthermore, Section 362 (a) (3) of the Bankruptcy Code , the relevant portion of the automatic stay, , provides , in part , that filing the bankruptcy petition "operates  as a stay of any act to obtain possession of property of the estate or exercise control over property of the estate.

9. The case dismiss was entered on January 6, 2020. See hereto attached copy of  order and Notice of Dismissal as Exhibit D.

WHEREFORE the Debtor Kalid Jama request this court to enter an order opening case instanter.

# EXHIBIT A.

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**DEC 18 2019**

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | *Kalid*<br>First name<br><br>S<br>Middle name<br><br>*Jama*<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 1 3 1 5<br>OR<br>9 xx – xx – ___ ___ ___ | XXX – XX – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Debtor    Kalid s    JuMa    Case number (if known)_____
         First Name    Middle Name    Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ |

| **5. Where you live** | 9904 S Wallace<br>Number    Street<br><br>_____<br><br>Chicago    IL 60628<br>City    State    ZIP Code<br><br>COOK<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code | If Debtor 2 lives at a different address:<br><br>Number    Street<br><br>_____<br><br>City    State    ZIP Code<br><br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code |

| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ |

# 11 U.S. Code § 362 - Automatic stay

U.S. Code        Notes

**(a)** Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—

    **(1)** the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    **(2)** the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

    **(3)** any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    **(4)** any act to create, perfect, or enforce any lien against property of the estate;

    **(5)** any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

    **(6)** any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

# EXHIBIT B.

**19-35595** Kalid S Jama
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Honorable Judge:** David D. Cleary
**Date filed:** 12/18/2019 **Date of last filing:** 02/14/2020
**Debtor dismissed:** 01/06/2020
**Date terminated:** 02/14/2020

# Creditors

**9904 S. Wallace St**
Chicago, IL 60623

(28488815)
(cr)

**Commonwealth Edison Co**
3 Lincoln Center
Attn: Bankruptcy Section
Oak Brook Terrace IL 60181

(28488780)
(cr)

**DuPage County**
Sheriff's Office Town

(28488778)
(cr)

**Edcom**
3500 N Calif Av
Chicago IL 60613

(28522083)
(cr)

**Independence**
Tow Company
28 E Quincy
St Westmont, IL 60559

(28488818)
(cr)

**Independence Co.**
2000 Toyota

(28488777)
(cr)

**Independence NCE**
28 East Paince Westmont
Westmont IL 60559

(28522082)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(28496363)
(cr)

**Peoples Gas Light & Coke Company**
200 E Randolph Street
Chicago IL 60601

(28488781)
(cr)

**Ranac, Inc**
c/o Robert Tchorz
1175 Cook St. Unit 123

(28488816)
(cr)

**Robert Tchorz**
117 S. Cook St
Barington, ILL 60010

(28488817)
(cr)

**The Houslim**
9904 S Wallace
Chicago IL 60623

(28522084)
(cr)

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kalid S Jama** | | Social Security number or ITIN | xxx-xx-1315 |
| | First Name    Middle Name    Last Name | | EIN    __-_____ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    ____ | |
| | | | EIN    __-_____ | |
| United States Bankruptcy Court    **Northern District of Illinois** | | | Date case filed for chapter  13  12/18/19 | |
| Case number:    **19-35595** | | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kalid S Jama | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9904 S Wallace Chicago, IL 60628 | |
| 4. | **Debtor's attorney** Name and address | Pro Se | Contact phone _____ Email: **NONE** |
| 5. | **Bankruptcy trustee** Name and address | Marilyn O Marshall 224 South Michigan Ste 800 Chicago, IL 60604 | Contact phone 312-431-1300 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1-866-222-8029 Date: 12/19/19 |

**For more information, see page 2**

| 7. Meeting of creditors | January 13, 2020 at 02:00 PM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | 224 South Michigan, Suite 800, Chicago, IL 60604 |

| 8. Deadlines | Deadline to file a complaint to challenge dischargeability of certain debts: | Filing deadline: 3/13/20 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 2/26/20 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 6/15/20 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline:  30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | The hearing on confirmation will be held on: **2/3/20 at 10:30 AM** , Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604**. The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-35595-LAH
Kalid S Jama                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 1          Date Rcvd: Dec 19, 2019
                             Form ID: 309I              Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db              +Kalid S Jama,   9904 S Wallace,   Chicago, IL 60628-1233
28488815        +9904 S. Wallace St,   Chicago, IL 60628-1233
28488818         Independence,   Tow Company,   28 E Quincy,   St Westmont, IL 60559
28488781        +Peoples Gas Light & Coke Company,   200 E Randolph Street,   Chicago IL 60601-6433
28488817        +Robert Tchorz,   117 S. Cook St,   Barington, ILL 60010-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: courtnotices@chi13.com Dec 20 2019 02:30:18    Marilyn O Marshall,
                 224 South Michigan Ste 800,   Chicago, IL 60604-2503
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 20 2019 02:30:35    Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
28488780        +E-mail/Text: comedbankruptcygroup@exeloncorp.com Dec 20 2019 02:32:01
                 Commonwealth Edison Co,   3 Lincoln Center,   Attn: Bankruptcy Section,
                 Oak Brook Terrace IL 60181-4204
                                                                                   TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28488778         DuPage County,   Sheriff's Office Town
28488777         Independence Co.,   2000 Toyota
28488816         Ranac, Inc,   c/o Robert Tchorz,   1175 Cook St. Unit 123
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
         Marilyn O Marshall    courtdocs@chi13.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                   TOTAL: 2

# EXHIBIT C.

Return Date: 1/21/2020

FILED
1/3/2020 10:36 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT

RANAC, INC.,
    Plaintiff,

v.

KALID JAMA, FRANK MOSCH, ROBERT R. BAUER, PATRICIA GILCHKIST AND ALL UNKNOWN OCCUPANTS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: **20201700072**

Trial date: January 21, 2020

Rent claimed: $4,200.00 + any additional rents or damages which accrue through the end of the stay period, plus court costs

Hearing Date: 1/21/2020 9:30 AM - 9:30 AM
Courtroom Number: 1402
Location: District 1 Court
       Cook County, IL

### COMPLAINT

Plaintiff(s) claim(s) as follows:

1.    Plaintiff(s) is/are entitled to the possession of the following described premises:

**9904 South Wallace Street**
**Entire Single Family Home**
**Chicago, Illinois 60628**

2.    Defendant(s) unlawfully withhold(s) possession thereof from Plaintiff(s).

3.    There is due to Plaintiff(s) from Defendant(s), for rent of or for damages for withholding possession of said premises, **for the period of October 2019 through December 2019**, after allowing Defendant(s) all just credits, deductions and set-offs, the sum of **$4,200.00** plus court costs and any additional rents or damages which accrue through the end of the stay period.

Plaintiff(s) claim(s) possession of the property and the sum of **$4,200.00** as rent or damages, *plus any additional rents or damages which accrue through the end of the stay period, court costs, and reasonable attorneys fees as provided in the written lease or Agreement of the parties, Declaration of Condominium, or other legal authority, if any, and which are not excluded by the Chicago Residential Landlord/Tenant Ordinance.*

Date: December 27, 2019

By:
STARR, BEJGIERT, ZINK, & ROWELLS
35 E. Wacker Drive, Suite 1870
Chicago, IL 60601
Telephone: 312-346-9420
Atty No.: 51996
Email: sbzrefiling@gmail.com

Under penalties of perjury, as provided by law, pursuant to 735 ILCS 5/1-109, the undersigned hereby certifies that the statements set forth herein are true and correct on information and belief.

X
Plaintiff or Agent for Plaintiff

FILED DATE: 1/3/2020 10:36 AM 20201700072

Civil Action Cover Sheet                    (06/06/18) CCM 0520 A

FILED
1/3/2020 10:36 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20201700072

7927130

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### MUNICIPAL DEPARTMENT/ ___FIRST___ DISTRICT

RANAC, INC.

_____
                      Plaintiff

v.

KALID JAMA, et al.

_____
                      Defendant

Case No. _____

Jury Demand  ○ Yes  ◉ No

☐ I need language help in court.

I speak _____

### CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

**Civil Case (A)**

☐  0004  Tort not Personal Injury
☐  1004  Tort not Personal Injury (Jury)
☐  0007  Confession of Judgment
☐  1007  Confession of Judgment (Jury)
☐  0008  Replevin
☐  1008  Replevin (Jury)
☐  0017  Detinue
☐  1017  Detinue (Jury Demand)
☐  0031  Foreign Judgment
          Filing Out of State/Out of Country
☐  0054  Registration of Administrative Judgment

**Tort/Personal Injury Case**

Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

☐  0027  Personal Injury Motor Vehicle
☐  1027  Personal Injury Motor Vehicle (Jury)
☐  0048  Dram Shop
☐  1048  Dram Shop (Jury)
☐  Product Liability
☐  0051  Personal Injury Subrogation
☐  1051  Personal Injury Subrogation (Jury)
☐  0057  Personal Injury Motor Vehicle Subrogation
☐  1057  Personal Injury Motor Vehicle Subrogation
          (Jury)
☐  0061  Personal Injury Other

☐  1061  Personal Injury Other (Jury)
☐  0063  Tort Intentional
☐  1063  Tort Intentional (Jury)
☐  0062  Property Damage
☐  1062  Property Damage (Jury)

**Other Litigation Case**

(i.e. credit card agreements, any contract between two or more individuals)

☐  0002  Breach of Contract
☐  1002  Breach of Contract (Jury)
☐  0071  Fraud
☐  1071  Fraud (Jury)
☐  0072  Consumer Fraud
☐  1072  Consumer Fraud (Jury)
☐  0073  Breach of Warranty
☐  1073  Breach of Warranty (Jury)
☐  0074  Statutory Action Complaint
☐  1074  Statutory Action Complaint (Jury)

**Civil Case (B)**

☐  Filing an Illinois Court Judgment
☐  0100  Petition for Discovery
          A Petition to take depositions or subpoena
          records before a case is filed.
☐  0009  Name Change (Suburban Districts only)

FILED DATE: 1/3/2020 10:36 AM  20201700072

## Civil Housing Case

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

- ☐ 0038 Housing
- ☐ 1038 Housing (Jury)
- ☐ Ordinance Violation
- ☐ 0086 Objection to Fast Track
- ☐ 1086 Objection to Fast Track (Jury)
- ☐ 0044 Criminal Ordinance Violation
- ☐ 1044 Criminal Ordinance Violation (Jury)
- ☐ 0037 Heat Case
- ☐ 1037 Heat Case (Jury)
- ☐ 0034 Vacant Building
- ☐ 1034 Vacant Building (Jury)

## Pro Se Case Type (First Municipal Civil Division only)

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $5,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

- ☐ 0050 Pro Se ($5,000 or less)

## Eviction Case/Civil Eviction/CHA Eviction

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

- ☐ 0005 Eviction (possession only)
- ☐ 1005 Eviction (possession only) (Jury)
- ☑ 0006 Joint Action (possession and rent)
- ☐ 1006 Joint Action (possession and rent) (Jury)
- ☐ 0018 Distress for Rent
- ☐ 1018 Distress for Rent (Jury)
- ☐ 0023 Mortgage Foreclosure Eviction
- ☐ 1023 Mortgage Foreclosure Eviction (Jury)
- ☐ 0024 Mortgage Foreclosure Eviction - Joint Action
- ☐ 1024 Mortgage Foreclosure Eviction - Joint Action (Jury)
- ☐ 0021 CHA Eviction
- ☐ 1021 CHA Eviction (Jury)
- ☐ 0022 CHA Joint Action
- ☐ 1022 CHA Joint Action (Jury)

◉ Atty. No.: 51996 _____    ○ Pro Se 99500

Atty Name: Starr, Bejgiert, Zink & Rowells

Atty. for: Plaintiff

Address: 35 E. Wacker Drive, Suite 1870

City: Chicago                    State: IL

Zip: 60601

Telephone: (312) 346-9420

Primary Email: sbzrefiling@gmail.com

Pro Se Only:  ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

MDMR  CC00F600          CIVIL ELECTRONIC DOCKET              DATE: 07/01/2021

STAT:DISPOSED 02/08/21  TRL:10/06/20  APP:        CONS:        298:

```
20-M1-700072 RANAC, INC.          1 -V- JAMA KALID           1      01/03/2020
                                    -V- MOSCH FRANK           2      01/03/2020
                                    -V- BAUER ROBERT R.       3      01/03/2020
                                    -V- GILCHKIST PATRICIA    4      01/03/2020
                                    -V- UNKNOWN ALL UNKNOW    5      01/03/2020
```

```
01/03/2020 RANAC, INC.        JAMA KALID        $4,200.00 $379.00   I03000001
EVICTION JOINT ACTION COMPLAINT FILED             RM 1402  9:30 01/21/2020
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420

01/03/2020 RANAC, INC.                                              I03000002
SUMMONS ISSUED AND RETURNABLE
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420

01/03/2020 RANAC, INC.                                              I03000003
SUMMONS ISSUED AND RETURNABLE
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420
```

ACT DT: _____ F3=MENU F4=298 F7=BACK F8=FWD F9=APP F11=1ST F12=LAST PAUSE=EXIT
THERE ARE  72 ACTIVITIES FOR CASE 20-M1-700072--APPROXIMATELY 15 PAGES

MDMR  CC00F600            CIVIL ELECTRONIC DOCKET              DATE: 07/01/2021

01/03/2020 RANAC, INC.                                        I03000004
SUMMONS ISSUED AND RETURNABLE
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420

01/03/2020 RANAC, INC.                                        I03000005
SUMMONS ISSUED AND RETURNABLE
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420

01/03/2020 RANAC, INC.                                        I03000006
SUMMONS ISSUED AND RETURNABLE
STARR BEJGIERT ZINK ROWE 134 N LASALLE ST STE CHICAGO      60602 312 346-9420

01/10/2020 JAMA KALID          SUMMONS RECVD ELECTRONICALLY    I03000007
SUMMONS RETURNED - N.S. REASON: NO CONTACT                  01/10/2020

01/10/2020 MOSCH FRANK         SUMMONS RECVD ELECTRONICALLY    I03000008
SUMMONS RETURNED - N.S. REASON: NO CONTACT                  01/10/2020


ACT DT: _____  F3=MENU F4=298 F7=BACK F8=FWD F9=APP F11=1ST F12=LAST PAUSE=EXIT
THERE ARE  72 ACTIVITIES FOR CASE 20-M1-700072--APPROXIMATELY 15 PAGES

# EXHIBIT D.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Pamela S. Hollis | **Date** | January 6, 2020 |
| **Bankruptcy Case No.** | 19 B 35595 | **Adversary No.** | |
| **Title of Case** | Kalid S. Jama | | |

**Brief Statement of Motion**   Chapter 13 Bankruptcy Case.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in open court, IT IS HEREBY ORDERED that the above case is DISMISSED.

Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
## *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

Case No.:  19−35595
Chapter:  13
Judge:  David D. Cleary

In Re:
    Kalid S Jama
    9904 S Wallace
    Chicago, IL 60628

Social Security / Individual Taxpayer ID No.:
    xxx−xx−1315

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 6, 2020

FOR THE COURT

Dated: January 7, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court